**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6311**

───────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

HASSANH BEY WRIGHT,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:07-cr-00002-FL-1)

───────────

Submitted:  April 15, 2014            Decided:  May 12, 2014

───────────

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Hassanh Bey Wright, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassanh Bey Wright appeals the district court's order granting his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c) (2012), and reducing his 144-month term of imprisonment to 120 months.  Wright argues that, under the Fair Sentencing Act, he should have received the lowered statutory minimum sentence of five years' imprisonment.  In light of our decision in United States v. Black, 737 F.3d 280 (4th Cir. 2013) (holding that "the statutory minimum sentences in the Fair Sentencing Act do not apply to a defendant sentenced before the Act's effective date"), petition for cert. filed, ___ U.S.L.W. ___ (U.S. Mar. 6, 2014) (No. 13-9100), we conclude that the district court did not abuse its discretion.  Accordingly, we affirm Wright's sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED